# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 24-1221                                              September Term, 2024

NLRB-28RC252280
NLRB-28CA262187
NLRB-28CA244484
NLRB-28CA260640
NLRB-28CA260641
NLRB-28CA254470
NLRB-28CA264605
NLRB-28CA250282
NLRB-28CA262803
NLRB-28CA252591
NLRB-28CA254510
NLRB-28CA253276
NLRB-28CA254155
NLRB-28CA250950
NLRB-28CA250873
NLRB-28CA250229
NLRB-28CA254514

**Filed On: January 8, 2025** [2093105]

NP Red Rock LLC, d/b/a Red Rock Casino Resort Spa,

       Petitioner

    v.

National Labor Relations Board,

       Respondent

------------------------------

Local Joint Executive Board of Las Vegas,
              Intervenor

------------------------------

Consolidated with 24-1239, 24-1240

# O R D E R

Upon consideration of the motion for leave to intervene filed by:

NP Red Rock LLC,

**No. 24-1221**                                                    September Term, 2024

it is **ORDERED** that the motion be granted.

Circuit Rules 28(d) and 32(e)(2) govern the filing of briefs by intervenors. A schedule for the filing of briefs will be established by future order. That order will automatically provide briefing only for intervenors on the side of respondents. Any intervenor(s) intending to participate in support of petitioners must so notify the court, in writing, within 14 days of the date of this order. Such notification must include a statement of the issues to be raised by the intervenor(s). This notification will allow tailoring of the briefing schedule to provide time for a brief as intervenor on the side of petitioners. Failure to submit notification could result in an intervenor being denied leave to file a brief.

Intervenors supporting the same party are reminded that they **must** file a joint brief or certify to the court why a separate brief is necessary. Intervenors' attention is particularly directed to D.C. Circuit Handbook of Practice and Internal Procedures 39 (2021), which describes "unacceptable" grounds for filing separate briefs. Failure to comply with this order may result in the imposition of sanctions. See D.C. Cir. Rule 39.

It is **FURTHER ORDERED**, that the briefing schedule entered on November 15, 2024, be suspended pending further order of the court.

                                          **FOR THE COURT:**
                                          Clifton B. Cislak, Clerk

                        BY:    /s/
                                          Laura M. Morgan
                                          Deputy Clerk