No: 24-1221

Consolidated Cases Nos. 24-1221, 24-1239, 24-1240

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS,

Petitioner,

v.

NATIONAL LABOR RELATIONS BOARD,

Respondent.

ON PETITION FOR REVIEW OF AN ORDER FROM
THE NATIONAL LABOR RELATIONS BOARD

**LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS'S
RESPONSE TO COURT'S ORDER DATED JANUARY 8, 2025**

Kimberley C. Weber, SBN #302894
kweber@msh.law
McCracken, Stemerman & Holsberry, LLP
475 14th Street, Suite 1200
Oakland, CA 94612
Telephone: (415) 597-7200
Facsimile: (415) 597-7201

*Attorneys for Petitioner Local Joint
Executive Board of Las Vegas*

The Local Joint Executive Board ("Union") files this notice in response to the Court's Order dated January 8, 2025. (Doc. #2093105.) This Court consolidated three cases, all related to the same Board Decision:

1. 24-1221 is Red Rock Casino's Petition for Review of the Decision

2. 24-1239 is the Union's Petition for Review. of the Decision

3. 24-1240 is the NLRB's Petition to Enforce its Decision.

See Consolidation Order, dated July 15, 2024. (Doc. #2064630.)

The Union filed its motion for intervention into Red Rock Casino's Petition for Review, Case No. 24-1221 on September 18, 2024. (Doc. # 2075440.) The Union, as the successful party in the underlying Decision, sought to intervene consistent with *United Auto Workers v. Scofield*, 382 U.S. 205 (1965), in which the Supreme Court held that "Congress intended to confer intervention rights upon the successful party to the Labor Board proceedings in the court in which the unsuccessful party challenges the Board's decision." *Id.* at 208. The Court granted the Union's Petition for Intervention on November 11, 2024. (Doc. 2085131.)

The Union intervened on the "side "of the Respondent National Labor Relations Board. The Union has not intervened on the side of Petitioner Red Rock Casino.

Red Rock Casino filed its motion for intervention on November 18, 2024, to intervene into the Union's petition for review, Case No. 24-1239. (Doc. #

1

2085295.) Petitioner Red Rock Casino noted in its motion for intervention that it was opposed to the Union's petition. So Red Rock Casino has also intervened on the side of the NLRB, but in a separate petition.

While both the Union and Red Rock Casino have moved to intervene on the side of Respondent NLRB, they have done so for separate petitions. Neither the Union nor Red Rock Casino seek to support the petitioner in the respective petitions for review. The confusion may stem from the fact that the Court has consolidated the cases into one for this Court to review. But the position of Red Rock Casino and the Union remain diametrically opposed in this case.

Based on Court rules, both the brief of the Union, as intervenor, and Red Rock Casino, as intervenor, are due seven days after the NLRB files its brief. The Union sees no reason to delay the current briefing schedule and respectfully requests that the Court reinstate the briefing schedule.

Dated: January 8, 2025　　　　　　　*/s/ Kimberley C. Weber*
　　　　　　　　　　　　　　　　　　Kimberley C. Weber, SBN #302894
　　　　　　　　　　　　　　　　　　kweber@msh.law
　　　　　　　　　　　　　　　　　　McCracken, Stemerman & Holsberry, LLP
　　　　　　　　　　　　　　　　　　475 14th Street, Suite 1200
　　　　　　　　　　　　　　　　　　Oakland, CA 94612
　　　　　　　　　　　　　　　　　　Telephone: (415) 597-7200
　　　　　　　　　　　　　　　　　　Facsimile: (415) 597-7201

　　　　　　　　　　　　　　　　　　*Attorneys for Petitioner Local Joint Executive Board of Las Vegas*

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), the Board certifies that this brief contains 361 words of proportionally spaced, 14-point type, and the word processing system used was Microsoft Word 2016.

Dated: January 8, 2025

*/s/ Kimberley C. Weber*
Kimberley C. Weber, SBN #302894
kweber@msh.law
McCracken, Stemerman & Holsberry, LLP
475 14th Street, Suite 1200
Oakland, CA 94612
Telephone: (415) 597-7200
Facsimile: (415) 597-7201

*Attorneys for Petitioner Local Joint Executive Board of Las Vegas*

# CIRCUIT CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2025, I filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for District of Columbia Circuit by using CM/ECF system. I certify that the foregoing document was served on all parties or their counsel of record through the appellate CM/ECF system.

Dated: January 8, 2025

*/s/ Kimberley C. Weber*
Kimberley C. Weber, SBN #302894
kweber@msh.law
McCracken, Stemerman & Holsberry, LLP
475 14th Street, Suite 1200
Oakland, CA 94612
Telephone: (415) 597-7200
Facsimile: (415) 597-7201

*Attorneys for Petitioner Local Joint Executive Board of Las Vegas*