No. 24-1221 (L)
No. 24-1239
No. 24-1240

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| **NP RED ROCK LLC D/B/A RED ROCK CASINO RESORT SPA,**  Petitioner/Cross-Respondent,  and  **LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS A/W UNITE HERE INTERNATIONAL UNION,**  Petitioner/Cross-Respondent,  and  **NATIONAL LABOR RELATIONS BOARD,**  Respondent/Cross-Petitioner. | **PETITIONER/CROSS-RESPONDENT NP RED ROCK LLC'S UNOPPOSED MOTION TO EXCEED WORD LIMIT FOR REPLY BRIEF** |

Petitioner/Cross-Respondent NP Red Rock LLC d/b/a Red Rock Casino Resort Spa ("Red Rock") hereby moves the Court, for good cause shown, for permission to exceed the word limit for its reply brief filed March 5, 2025. The grounds for this motion are as follows:

1. On January 7, 2025, Respondent/Cross-Petitioner National Labor Relations Board ("Board") filed an unopposed motion to exceed the word

count for its opening brief. *See* Doc. #2092892. The Board requested an increase in the word count to 16,000 words.

2. As indicated in the Board's motion, Red Rock did not oppose the Board's request "on the condition that [Red Rock] be granted an additional 1,500 words for its reply brief, a request which the Board does not oppose." Doc. #2093892, ¶ 6.

3. On January 21, 2025, the Court granted the Board's motion to exceed the word count. *See* Doc. #2095115. However, the order did not explicitly reference Red Rock's unopposed request to exceed the word count for its reply brief.

4. On March 5, 2025, Red Rock timely filed its reply brief, which contained 7,998 words. *See* Doc. #2104145. Based on the undersigned's understanding, the reply brief complied with the word count requirements based on the Court granting the Board's motion to exceed the word count.

5. On March 6, 2025, a representative from the Clerk's office notified the undersigned of the need to file a separate motion to exceed the word count given that the original order did not explicitly reference Red Rock's unopposed request to exceed the word count for its reply brief.

6. Red Rock has reached out to counsel for the Board and the Union regarding the instant motion, and both have indicated that they do not oppose it.

2

/s/Reyburn W. Lominack, III
Reyburn W. Lominack, III, Esq.
D.C. Bar No. 60559
FISHER & PHILLIPS LLP
1320 Main Street, Suite 750
Columbia, SC 29201
(803) 255-0000
rlominack@fisherphillips.com

*Counsel for Red Rock*

March 6, 2025

3