

**Reyburn W. Lominack III**
Partner

**Columbia**
1320 Main Street
Suite 750
Columbia, SC  29201

(803) 255-0000 Tel
(803) 255-0202 Fax

**Writer's Direct Dial:**
(803) 740-7658

**Writer's E-mail:**
rlominack@fisherphillips.com

March 20, 2025

Mr. Clifton Cislak, Clerk of Court
United States Court of Appeals
District of Columbia

      **Re:**    **NP Red Rock LLC v. NLRB**
             Case Nos. 24-1221, 24-1239, 24-1240

Dear Mr. Cislak:

      Please be advised that I am unavailable to appear for oral argument on the following dates and, therefore, respectfully request that oral argument not be scheduled on these dates:

      April 30-May 2, 2025

      May 12-16, 2025

      May 27-30, 2025

Thank you for your consideration.

      Regards,

      Reyburn W. Lominack III
      Partner
      For FISHER & PHILLIPS LLP

**Fisher & Phillips LLP**
Atlanta • Baltimore • Boston • Charlotte • Chicago • Cleveland • Columbia • Columbus • Dallas • Denver • Detroit • Fort Lauderdale • Gulfport • Houston
Irvine • Kansas City • Las Vegas • Los Angeles • Louisville • McLean • Memphis • Mexico • Minneapolis • Nashville • New Jersey • New Orleans • New York • Orlando   Philadelphia • Phoenix •
Pittsburgh • Portland, ME • Portland, OR • Sacramento • Salt Lake City • San Diego • San Francisco • Seattle • Tampa • Washington, DC • Woodland Hills